**1-23CV-0043C**

To whom it May Concern                                3/1/2023

My Name is Bobby Earl Head. I am writing to File a 1983 Civil case vs Taylor County, & the Sheriff Department. 8 months ago I was arrested. During this time members of the Taskforce (I.E. the Sherriff's office) Attempted to coerce into giving information on other citizens in Taylor County.

Upon My Refusal I was Released, & then Later charged with the charges that they threatened me with 8 months prior.

Upon My arrest I was then denied my right to Due process and was never properly Magistrated.

Thank you for your time, & Consideration in This Matter.

Sincerely, [signature]







Bobby Earl Head #178588
910 South 29th St
Abilene Tx 79602

TAYLOR COUNTY
INMATE CORRESPONDENCE
ABILENE TX 795

Clerk of District Court
P.O. Box 1318
Abilene, Texas 79604

LEGAL MAIL 3/1/2023

X-RAY

RECEIVED
MAR 2 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS